## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Edwin N. Dennis

Debtor(s)

CHAPTER 13

BKY. NO. 26-10830 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
07 Apr 2026, 12:31:05, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: d2379e012ea242a0f6f22e9edabd0d711a4aae8bd560996b45a0c0e16efc551f