**ACE Healthcare, LLC**
**ACE Healthcare LLC**
4751 Best Road
Suite 326
Atlanta, GA, 30337

**Earnings Statement**

| | | Page 1 of 1 |
|---|---|---|
| Pay Period: | 11/30/2025 - 12/13/2025 | |
| Pay Date: | 12/19/2025 | |
| Basis Of Pay: | (Bi Weekly) | |
| Employee ID: | 000133 | |

| Earnings Summary | Hours worked: 15.00 | |
|---|---|---|
| Gross Pay | Taxes & Deductions | Net Pay |
| **$1,125.00** | **$0.00** | **$1,125.00** |
| $13,827.75 YTD | | $13,827.75 YTD |

**DENNIS, VIRGINIA**
241 BERKLEY AVE
LANSDOWNE, PA, 19050

| Earnings | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| 1099 Fee | 75.0000 | 15.0000 | 1,125.00 | 13,377.75 |
| Holiday Pay | | | | 450.00 |

| Important Information | Help? Call HR/PR 404-966-3331 |
|---|---|

**Payment Method**

| | |
|---|---|
| Checking Account ****5421 | 1,125.00 |

© 2023 ADP INC.

| | |
|---|---|
| Advice Number: | 0000003629 |
| Advice Date: | 12/19/2025 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******



Elwyn of Pennsylvania and Delaware
111 Elwyn Rd
Elwyn, PA 19063

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/14/2025 |
| Period End Date | 12/27/2025 |
| Pay Date | 01/02/2026 |
| Document | 245612208 |
| **Net Pay** | **$3,571.88** |

## Pay Details

**VIRGINIA K. DENNIS**
674 GORDON HOUSE WAY
MIDDLETOWN, DE 19709
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 10010929 | Pay Group | Elwyn PA DE Biweekly |
| SSN | XXX-XX-XXXX | Location | CRS - Media |
| Job | Charge Nurse | Service Line | HS - Health Services |
| Pay Rate | $42.0000 | Prog-ProgGrp | 18041 - Health Svs-Nursing |
| Pay Frequency | Biweekly | Region | PD3TM1 - PD3TM1 |
| | | Cost Center | B20103 - Nursing - ICF IID |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Overtime | | | | $2,566.20 |
| CRS - Media | 8.116667 | $63.0000 | $511.35 | - |
| CRS - Media | 32.616667 | $63.0000 | $2,054.85 | - |
| Regular-Hourly | | | | $2,024.40 |
| CRS - Media | 16.416666 | $42.0000 | $689.50 | - |
| CRS - Media | 31.783333 | $42.0000 | $1,334.90 | - |
| SHDiff $0.25 | 8.016666 | $0.2500 | $2.00 | |
| SHDiff $0.25 | 17.016667 | $0.2500 | $4.25 | $6.25 |
| SHDiff $0.375 | 8.116667 | $0.3750 | $3.04 | |
| SHDiff $0.375 | 17.483333 | $0.3750 | $6.56 | $9.60 |
| WKD Holiday OT | | | | $523.95 |
| CRS - Media | 8.316667 | $63.0000 | $523.95 | - |

**Total Hours Worked**  97.250000          **Total Hours**  97.250000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403b % | Yes | $102.61 | $102.61 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $773.36 | $773.36 |
| Employee Medicare | $74.39 | $74.39 |
| Social Security Employee Tax | $318.08 | $318.08 |
| DE State Income Tax | $126.99 | $126.99 |
| PA State Income Tax | $157.50 | $157.50 |
| MIDDLETOWN TWP LST | $1.62 | $1.62 |
| ROSE TREE MEDIA SD-MIDDLETWN T | $0.38 | $0.38 |
| PA Unemployment Employee | $3.59 | $3.59 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5421 | Checking | $3,571.88 |
| Total | | $3,571.88 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,130.40 | $5,027.79 | $1,455.91 | $102.61 | **$3,571.88** |
| YTD | $5,130.40 | $5,027.79 | $1,455.91 | $102.61 | $3,571.88 |



Elwyn of Pennsylvania and Delaware
111 Elwyn Rd
Elwyn, PA 19063

**Pay Statement**

Period Start Date 12/28/2025
Period End Date 01/10/2026
Pay Date 01/16/2026
Document 245615696

**Net Pay** **$2,780.35**

## Pay Details

**VIRGINIA K. DENNIS**
674 GORDON HOUSE WAY
MIDDLETOWN, DE 19709
USA

| | | | |
|---|---|---|---|
| Employee Number | 10010929 | Pay Group | Elwyn PA DE Biweekly |
| SSN | XXX-XX-XXXX | Location | CRS - Media |
| Job | Charge Nurse | Service Line | HS - Health Services |
| Pay Rate | $42.8400 | Prog-ProgGrp | 18041 - Health Svs-Nursing |
| Pay Frequency | Biweekly | Region | PD3TM1 - PD3TM1 |
| | | Cost Center | B20103 - Nursing - ICF IID |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Overtime | 7.900000 | $64.2600 | $507.65 | $3,073.85 |
| Regular-Hourly | 15.900000 | $42.8400 | $681.16 | |
| Regular-Hourly | 40.000000 | $42.8400 | $1,713.60 | $4,419.16 |
| SHDiff $0.25 | 8.500000 | $0.2500 | $2.12 | |
| SHDiff $0.25 | 9.033333 | $0.2500 | $2.25 | $10.62 |
| SHDiff $0.375 | 8.466667 | $0.3750 | $3.18 | |
| SHDiff $0.375 | 7.900000 | $0.3750 | $2.96 | $15.74 |
| WKD Holiday OT | 14.550000 | $64.2600 | $934.98 | $1,458.93 |

**Total Hours Worked** 78.350000      **Total Hours** 78.350000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403b % | Yes | $76.96 | $179.57 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $489.99 | $1,263.35 |
| Employee Medicare | $55.80 | $130.19 |
| Social Security Employee Tax | $238.57 | $556.65 |
| DE State Income Tax | $83.41 | $210.40 |
| PA State Income Tax | $118.13 | $275.63 |
| MIDDLETOWN TWP LST | $1.62 | $3.24 |
| ROSE TREE MEDIA SD-MIDDLETWN T | $0.38 | $0.76 |
| PA Unemployment Employee | $2.69 | $6.28 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5421 | Checking | $2,780.35 |
| Total | | $2,780.35 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,847.90 | $3,770.94 | $990.59 | $76.96 | $2,780.35 |
| YTD | $8,978.30 | $8,798.73 | $2,446.50 | $179.57 | $6,352.23 |



Elwyn of Pennsylvania and Delaware
111 Elwyn Rd
Elwyn, PA 19063

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/11/2026 |
| Period End Date | 01/24/2026 |
| Pay Date | 01/30/2026 |
| Document | 245619915 |
| **Net Pay** | **$2,303.87** |

## Pay Details

**VIRGINIA K. DENNIS**
674 GORDON HOUSE WAY
MIDDLETOWN, DE 19709
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 10010929 | Pay Group | Elwyn FA DE Biweekly |
| SSN | XXX-XX-XXXX | Location | CRS - Media |
| Job | Charge Nurse | Service Line | HS - Health Services |
| Pay Rate | $42.8400 | Prog-ProgGrp | 18041 - Health Svs-Nursing |
| Pay Frequency | Biweekly | Region | PD3TM1 - PD3TM1 |
| | | Cost Center | B20103 - Nursing - ICF IID |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Overtime | 2 | Charge Nurse | 8.083333 | $64.2600 | $519.43 | $3,593.28 |
| Regular-Hourly | 1 | Charge Nurse | 15.600000 | $42.8400 | $668.30 | |
| Regular-Hourly | 2 | Charge Nurse | 31.966666 | $42.8400 | $1,369.45 | $6,456.91 |
| SHDiff $0.25 | 1 | Charge Nurse | 15.600000 | $0.2500 | $3.90 | |
| SHDiff $0.25 | 2 | Charge Nurse | 8.633333 | $0.2500 | $2.16 | $16.68 |
| SHDiff $0.375 | 2 | Charge Nurse | 8.066667 | $0.3750 | $3.03 | $18.77 |
| WKD Holiday OT | 2 | Charge Nurse | 8.033333 | $64.2600 | $516.22 | $1,975.15 |

**Total Hours Worked** 63.683332          **Total Hours** 63.683332

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403b % | Yes | $61.65 | $241.22 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $324.97 | $1,588.32 |
| Employee Medicare | $44.69 | $174.88 |
| Social Security Employee Tax | $191.12 | $747.77 |
| DE State Income Tax | $57.40 | $267.80 |
| PA State Income Tax | $94.63 | $370.26 |
| MIDDLETOWN TWP LST | $1.62 | $4.86 |
| ROSE TREE MEDIA SD-MIDDLETWN T | $0.38 | $1.14 |
| PA Unemployment Employee | $2.16 | $8.44 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5421 | Checking | $2,303.87 |
| Total | | $2,303.87 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,082.49 | $3,020.84 | $716.97 | $61.65 | **$2,303.87** |
| YTD | $12,060.79 | $11,819.57 | $3,163.47 | $241.22 | $8,656.10 |



Elwyn of Pennsylvania and Delaware
111 Elwyn Rd
Elwyn, PA 19063

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/25/2026 |
| Period End Date | 02/07/2026 |
| Pay Date | 02/13/2026 |
| Document | 245623189 |
| **Net Pay** | **$2,005.32** |

## Pay Details

**VIRGINIA K. DENNIS**
674 GORDON HOUSE WAY
MIDDLETOWN, DE 19709
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 10010929 | Pay Group | Elwyn FA DE Biweekly |
| SSN | XXX-XX-XXXX | Location | CRS - Media |
| Job | Charge Nurse | Service Line | HS - Health Services |
| Pay Rate | $42.8400 | Prog-ProgGrp | 18041 - Health Svs-Nursing |
| Pay Frequency | Biweekly | Region | PD3TM1 - PD3TM1 |
| | | Cost Center | B20103 - Nursing - ICF IID |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Overtime | 2 | Charge Nurse | 8.366667 | $64.2600 | $537.64 | $4,130.92 |
| Regular-Hourly | 1 | Charge Nurse | 8.083333 | $42.8400 | $346.29 | |
| Regular-Hourly | 2 | Charge Nurse | 40.000001 | $42.8400 | $1,713.60 | $8,516.80 |
| SHDiff $0.25 | 1 | Charge Nurse | 8.083333 | $0.2500 | $2.02 | |
| SHDiff $0.25 | 2 | Charge Nurse | 17.266667 | $0.2500 | $4.31 | $23.01 |
| SHDiff $0.375 | | | 0.000000 | $0.0000 | $0.00 | $18.77 |
| WKD Holiday OT | | | 0.000000 | $0.0000 | $0.00 | $1,975.15 |

**Total Hours Worked**  56.450001         **Total Hours**  56.450001

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403b % | Yes | $52.08 | $293.30 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $222.37 | $1,810.69 |
| Employee Medicare | $37.76 | $212.64 |
| Social Security Employee Tax | $161.44 | $909.21 |
| DE State Income Tax | $41.13 | $308.93 |
| PA State Income Tax | $79.94 | $450.20 |
| MIDDLETOWN TWP LST | $1.62 | $6.48 |
| ROSE TREE MEDIA SD-MIDDLETWN T | $0.38 | $1.52 |
| PA Unemployment Employee | $1.82 | $10.26 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5421 | Checking | $2,005.32 |
| Total | | $2,005.32 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,603.86 | $2,551.78 | $546.46 | $52.08 | **$2,005.32** |
| YTD | $14,664.65 | $14,371.35 | $3,709.93 | $293.30 | $10,661.42 |



Elwyn of Pennsylvania and Delaware
111 Elwyn Rd
Elwyn, PA 19063

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/08/2026 |
| Period End Date | 02/21/2026 |
| Pay Date | 02/27/2026 |
| Document | 245627660 |
| **Net Pay** | **$1,801.24** |

## Pay Details

**VIRGINIA K. DENNIS**
674 GORDON HOUSE WAY
MIDDLETOWN, DE 19709
USA

| | | | |
|---|---|---|---|
| Employee Number | 10010929 | Pay Group | Elwyn PA DE Biweekly |
| SSN | XXX-XX-XXXX | Location | CRS - Media |
| Job | Charge Nurse | Service Line | HS - Health Services |
| Pay Rate | $42.8400 | Prog-ProgGrp | 18041 - Health Svs-Nursing |
| Pay Frequency | Biweekly | Region | PD3TM1 - PD3TM1 |
| | | Cost Center | B20103 - Nursing - ICF IID |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Overtime | 2 | Charge Nurse | 9.350000 | $64.2600 | $600.83 | $4,731.75 |
| Regular-Hourly | 2 | Charge Nurse | 40.000000 | $42.8400 | $1,713.60 | $10,230.40 |
| SHDiff $0.25 | 2 | Charge Nurse | 21.266667 | $0.2500 | $5.32 | $28.33 |
| SHDiff $0.375 | 2 | Charge Nurse | 8.400000 | $0.3750 | $3.15 | $21.92 |
| WKD Holiday OT | | | 0.000000 | $0.0000 | $0.00 | $1,975.15 |

**Total Hours Worked** 49.350000        **Total Hours** 49.350000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403b % | Yes | $46.46 | $339.76 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $189.33 | $2,000.02 |
| Employee Medicare | $33.68 | $246.32 |
| Social Security Employee Tax | $144.02 | $1,053.23 |
| DE State Income Tax | $33.23 | $342.16 |
| PA State Income Tax | $71.31 | $521.51 |
| MIDDLETOWN TWP LST | $1.62 | $8.10 |
| ROSE TREE MEDIA SD-MIDDLETWN T | $0.38 | $1.90 |
| PA Unemployment Employee | $1.63 | $11.89 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5421 | Checking | $1,801.24 |
| Total | | $1,801.24 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,322.90 | $2,276.44 | $475.20 | $46.46 | **$1,801.24** |
| YTD | $16,987.55 | $16,647.79 | $4,185.13 | $339.76 | $12,462.66 |



Elwyn of Pennsylvania and Delaware
111 Elwyn Rd
Elwyn, PA 19063

**Pay Statement**

Period Start Date  02/22/2026
Period End Date   03/07/2026
Pay Date        03/13/2026
Document         245631021

**Net Pay**      **$1,379.19**

## Pay Details

**VIRGINIA K. DENNIS**
674 GORDON HOUSE WAY
MIDDLETOWN, DE 19709
USA

| | | | |
|---|---|---|---|
| Employee Number | 10010929 | Pay Group | Elwyn PA DE Biweekly |
| SSN | XXX-XX-XXXX | Location | CRS - Media |
| Job | Charge Nurse | Service Line | HS - Health Services |
| Pay Rate | $42.8400 | Prog-ProgGrp | 18041 - Health Svs-Nursing |
| Pay Frequency | Biweekly | Region | PD3TM1 - PD3TM1 |
| | | Cost Center | B20103 - Nursing - ICF IID |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Overtime | 2 | Charge Nurse | 0.383333 | $64.2600 | $24.63 | $4,756.38 |
| Regular-Hourly | 2 | Charge Nurse | 40.000000 | $42.8400 | $1,713.60 | $11,944.00 |
| SHDiff $0.25 | 2 | Charge Nurse | 28.050000 | $0.2500 | $7.01 | $35.34 |
| SHDiff $0.375 | 2 | Charge Nurse | 0.383333 | $0.3750 | $0.14 | $22.06 |
| WKD Holiday OT | | | 0.000000 | $0.0000 | $0.00 | $1,975.15 |

**Total Hours Worked**  40.383333      **Total Hours**  40.383333

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403b % | Yes | $34.91 | $374.67 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $121.41 | $2,121.43 |
| Employee Medicare | $25.31 | $271.63 |
| Social Security Employee Tax | $108.21 | $1,161.44 |
| DE State Income Tax | $19.55 | $361.71 |
| PA State Income Tax | $53.58 | $575.09 |
| MIDDLETOWN TWP LST | $1.62 | $9.72 |
| ROSE TREE MEDIA SD-MIDDLETWN T | $0.38 | $2.28 |
| PA Unemployment Employee | $1.22 | $13.11 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5421 | Checking | $1,379.19 |
| Total | | $1,379.19 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,745.38 | $1,710.47 | $331.28 | $34.91 | **$1,379.19** |
| YTD | $18,732.93 | $18,358.26 | $4,516.41 | $374.67 | $13,841.85 |