**LOCAL BANKRUPTCY FORM 1007-1(c)**
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF**
**PENNSYLVANIA**

**IN RE:**   Edwin Dennis

　　　　　　　　　　　　　　　　　　　　　: **CHAPTER 13**

　　　　　　**Debtor(s)**　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　: **CASE NO.**  26-10830

　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　:

**CERTIFICATION OF NO PAYMENT ADVICES**
**pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

　　　　I, ___Edwin Dennis___, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

　　　____ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

　　　____ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

　　　_X_ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.
I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

　　　____ I did not receive payment advices due to factors other than those listed above. (Please explain)

　　　I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated:  7/19/2026　　　　　　　　　　　　_/s/ Edwin Dennis_____
　　　　　　　　　　　　　　　　　　　　　　Debtor